**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7626**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DWIGHT JONES, a/k/a Shakey,

Defendant - Appellant.

---

**No. 96-7873**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DWIGHT JONES, a/k/a Shakey,

Defendant - Appellant.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CR-92-162, CA-96-740)

Submitted:  September 11, 1997     Decided:  September 18, 1997

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Dwight Jones, Appellant Pro Se.  Alan Hechtkopf, Robert Esten Lindsay, Meghan Suzanne Skelton, Karen Marie Quesnel, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997), and motions for reconsideration and recusal. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss these appeals on the reasoning of the district court. United States v. Jones, Nos. CR-92-162; CA-96-740 (E.D. Va. Aug. 13; Sept. 10 & Oct. 30, 1996). Additionally, we deny Appellant's motion to stay the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3